IN THE CIRCUIT COURT OF THE THIRD
JUDICIAL CIRCUIT IN AND FOR
COLUMBIA COUNTY, FLORIDA
CIVIL DIVISION
CASE NO. 2024-CA-000194

GWC DEVELOPMENT PARTNERS, LLC,

    Plaintiff,

v.

CIRCLE K STORES INC.,

    Defendant.
_____/

## FIRST AMENDED COMPLAINT

Plaintiff, GWC Development Partners, LLC ("GWC"), sues Defendant, Circle K. Stores Inc. ("Circle K"), based upon the following:

### General Allegations

1. GWC is a Florida limited liability company, authorized to conduct and conducting business in Columbia County, Florida.

2. Circle K is a Texas corporation authorized to conduct and conducting business in Columbia County, Florida.

3. This is an action for damages and declaratory relief within the subject matter jurisdiction of the Court, and includes an action for damages exceeding $50,000.00.

4. Venue is proper in this Court as the subject real property is located in and the causes of actions accrued in Columbia County, Florida.

5. GWC owns real property located in Columbia County, Florida (the "Leased Premises"), described as follows:

> Approximately 64,033 square feet located at the NE corner of NW Centurion Court and US Highway 90, Lake City, Columbia County, Florida.

6. GWC and Circle K entered into a Ground Lease, along with fourteen amendments, with an effective date of September 7, 2021 (collectively the "Lease"), a copy of which is attached as composite Exhibit 1.

7. Circle K has possession of the Leased Premises pursuant to the Lease.

8. Pursuant to the Lease, Circle K agreed to pay Base Rent, Base Rent Adjustments, and Additional Rent, as stated in Section 6 of the Lease, and agreed to pay all obligations owed under the Master Declaration of Easements, Covenants, Conditions and Restrictions, as stated in Paragraph 1.2.2 of the Lease, (collectively, the "Rent") for each applicable month during the Lease term.

9. Circle K is in default of the Lease by failing to pay the full amount of Rent due on April 1, 2024, and by failing to pay the Rent due on May 1, 2024, and all subsequent payments due thereafter (the "Default").

10. On May 3, 2024, GWC served Circle K with notice of the Default, giving it 10 days from receipt of such notice to cure the Default (the "Default Notice"), a copy of which is attached as Exhibit 2.

11. Circle K failed to cure the Default and continues to fail to pay Rent each month.

12.     GWC has hired the undersigned counsel to enforce the provisions of the Lease and to enforce its rights under the Lease, and GWC has agreed to pay the legal fees and costs incurred in such representation.

### Count I
### (Breach of Lease)

13.     This is an action for damages for breach of lease, exceeding $50,000.00.

14.     GWC realleges paragraphs 1 through 12 above.

15.     Circle K failed to cure the Default and continues to be in Default.

16.     GWC has been damaged by the Default and by the requirements imposed upon GWC under the Lease that required GWC to cause the Leased Premises to be platted into a parcel separate from any other adjacent real property owned by GWC, with curb cut access acceptable to GWC and Circle K, which GWC undertook and completed.

17.     GWC has been damaged by the Default and by the payment of $75,660 in real estate commission that GWC was obligated to pay upon executing the Lease with Circle K, and GWC has paid the real estate commission in full.

18.     Circle K owes the damages that GWC has suffered and the legal fees and costs that GWC has incurred to provide the Notice of Default and to enforce the Lease.

WHEREFORE, Plaintiff, GWC Development Partners, LLC, demands judgment for damages against Defendant, Circle K. Stores Inc., including legal fees and costs, along with such other and further relief as this Court deems just and proper.

## Count II
### (Breach of Lease)

19. This is an action for damages for breach of lease presently not exceeding $50,000.00, which will increase and exceed $50,000.00.

20. GWC realleges paragraphs 1 through 12 above.

21. Circle K failed to cure the Default and continues to fail to pay Rent each month.

22. GWC has been damaged by the Default and continues to be damaged by Circle K's failure to pay Rent each month.

23. Circle K owes the unpaid Rent and the legal fees and costs that GWC has incurred to provide the Notice of Default and to enforce the Lease.

WHEREFORE, Plaintiff, GWC Development Partners, LLC, demands judgment for damages against Defendant, Circle K. Stores Inc., including legal fees and costs, along with such other and further relief as this Court deems just and proper.

## COUNT III
### Declaratory Judgment

24. This is an action for declaratory judgment pursuant to Chapter 86, Florida Statutes.

25. GWC realleges paragraphs 1 through 12 above.

26. Circle K refuses to comply with the terms of the Lease.

27. Upon information and belief, Circle K believes and contends it terminated

the Lease.

28. GWC believes and contends the Lease has not been terminated and is in full force and effect and that Circle K must continue to pay Rent.

29. There is a *bona fide*, actual, present need for a declaration as to whether the Lease has been terminated and whether Circle K is required to pay the Rent each month until the expiration of the Lease (the "Declaration").

30. The Declaration deals with a present controversy as to the facts stated herein.

31. GWC's rights under the Lease depend on the law that applies to the set of facts set forth herein.

32. GWC and Circle K have actual, present, adverse and antagonistic interests.

33. There are no parties other than GWC and Circle K that have an adverse or antagonistic interest in the Lease.

34. The Declaration does not amount to mere legal advice, as GWC is in doubt as to the status of the Lease and its right under the Lease, which require judicial determination.

WHEREFORE, Plaintiff, GWC Development Partners, LLC, requests a declaratory judgment declaring that the Lease has not been terminated and that Circle K is required to pay the Rent each month until the expiration of the Lease, together with such other and further relief as this Court deems just and proper.

SIGNED on this 22nd day of August, 2024.

/s/  Jeffrey R. Dollinger
JEFFREY R. DOLLINGER, ESQ.
Florida Bar #650218
SCRUGGS, CARMICHAEL & WERSHOW, P.A.
4923 NW 43rd Street
Gainesville, Florida 32606
Telephone: (352) 376-5242
Facsimile: (352) 375-0690
Primary E-Mail:  dollinger@scwlegal.org
Secondary E-Mail: jrdla@scwlegal.org
Co-Counsel for Plaintiff

/s/  Cary A. Lubetsky
CARY A. LUBETSKY, ESQ.
Florida Bar #961360
KRINZMAN HUSS LUBETSKY FELDMAN & HOTTE
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Facsimile: (305) 854-0508
Primary E-Mail: cal@khllaw.com
Co-Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the Florida Courts E-Filing Portal which will send an electronic service copy to:

  Burr & Forman LLP
  M. Scott Thomas and P. Cade Spivey
  Attorneys For Defendant
  Msthomas@Burr.Com

/s/  Jeffrey R. Dollinger
JEFFREY R. DOLLINGER, ESQ.