UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GWC DEVELOPMENT PARTNERS, LLC,**

     Plaintiff,

v.

**CIRCLE K STORES INC.,**

     Defendant.
_____/

Case No. 3:24-cv-00901-MMH-LLL

## JOINT NOTICE OF SETTLEMENT AT MEDIATION

Plaintiff, GWC Development Partners, LLC, and Defendant, Circle K Stores Inc., jointly notify this Court that a full settlement of this case was reached following the mediation conference. The parties expect to complete the settlement terms within the next thirty (30) days, which will then result in the filing of a Stipulation of Dismissal signed by the parties in compliance with Rule 41(a)(1)(A)(ii), FRCP.

Signed this 5th day of June, 2025.

| | |
|---|---|
| **SCRUGGS, CARMICHAEL & WESHOW, P.A.**<br>By:  /s/ Jeffrey R. Dollinger<br>**JEFFREY R. DOLLINGER**<br>Florida Bar No.:<br>4923 NW 43rd Street<br>Gainesville, FL 32606<br>dollinger@scwlegal.org<br>jrdla@scwlegal.org | **BURR & FORMAN LLP**<br>By:    /s/ M. Scott Thomas<br>**M. SCOTT THOMAS**<br>Florida Bar No.: 0994898<br>**P. CADE SPIVEY**<br>Florida Bar No.: 1030806<br>50 North Laura Street, Suite 3000<br>Jacksonville, Florida 32202<br>Telephone: (904) 232-7200<br>Facsimile: (904) 232-7201 |

2

| | |
|---|---|
| **KRINZMAN HUSS LUBETSKY FELDMAN & HOTTE** <br> By: /s/ Cary A. Lubetsky <br> **CARY A. LUBETSKY** <br> Florida Bar No.: 961360 <br> 169 E. Flagler Street, Suite 500 <br> Miami, FL 33131 <br> cal@khllaw.com <br><br> **ATTORNEYS FOR PLAINTIFF** | msthomas@burr.com <br> cspivey@burr.com <br> jmlewis@burr.com <br> ctgallagher@burr.com <br><br> **ATTORNEY FOR DEFENDANT** |