UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GWC DEVELOPMENT
PARTNERS, LLC,

    Plaintiff,

v.                                            Case No.   3:24-cv-901-MMH-LLL

CIRCLE K STORES INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 22; Stipulation) filed on July 8, 2025. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of July, 2025.

                                            MARCIA MORALES HOWARD
                                            United States District Judge

ja

Copies to:

Counsel of Record